STATE of Missouri, Respondent,

v.

Tyrone HILL, Appellant.

Tyrone HILL, Movant–Appellant,

v.

STATE of Missouri, Respondent.

**Nos. 66160, 68092.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 21, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 17, 1996.

Application to Transfer Denied
Feb. 20, 1996.

Douglas R. Hoff, Assistant Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General and Christine M. Kocot, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., KAROHL, J.
and WHITE, Special Judge.

*ORDER*

PER CURIAM.

Movant appeals convictions and sentences on charges of burglary and stealing and denial of his Rule 29.15 motion for post conviction relief without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgments pursuant to Rule 30.25(b) and Rule 84.16(b).

■

JUVENILE OFFICER OF COLE
COUNTY, Respondent,

v.

Conrad SCHAFFER and Rhoda
Schaffer, Appellants.

**Nos. WD 50284, WD 50285.**

Missouri Court of Appeals,
Western District.

Nov. 21, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 26, 1995.

Application to Transfer Denied
Feb. 20, 1996.

Michael J. Kuster, Jefferson City, and Edward M. Berg, Columbia, for appellants.

Gerald E. Roark, Jefferson City, Guardian Ad Litem and Mark A. Richardson, Jefferson City, for respondent.

Before SPINDEN, P.J., and
BRECKENRIDGE and SMART, JJ.

**ORDER**

PER CURIAM.

Cole County's juvenile officer filed a consolidated petition alleging that E.S., M.D.S., and B.D.S., needed care and treatment. The juvenile court found a sufficient basis for exercising jurisdiction over the children and entered an adjudication order finding that they needed care and treatment pursuant to § 211.031, RSMo 1994. We affirm. Discerning no jurisprudential value to publishing an opinion, we issue this summary order. Rule 84.16(b).